UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN R. PERLES, P.C., ) | |
| ) | |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 01-0105 (TPJ) |
| ) | |
| ANNE MARIE KAGY ) | |
| ) | |
| Defendant, and Counterclaim and ) | |
| Third-Party Plaintiff ) | FILED |
| ) | |
| v. ) | AUG 2 2 2003 |
| ) | |
| STEVEN R. PERLES, Esq., ) | NANCY MAYER-WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |
| Third-Party Defendant ) | |

## ORDER

In accordance with the proceedings in open court of August 22, 2003, it appearing to the Court that both parties consent to the referral of this case to a Magistrate Judge for a ruling on the issue of *quantum meruit*, it is hereby, this ___ day of August, 2003,

ORDERED, that the above captioned case is referred to Magistrate Judge Alan Kay to make a determination as to defendant and counterclaim and third-party plaintiff Anne Marie Kagy's claims in *quantum meruit*, including plaintiff and third-party defendant's motion *in limine* with respect thereto.

/s/ Thomas Penfield Jackson
Thomas Penfield Jackson
United States District Judge