```
Page: 1 Document Name: untitled

MTI1 ZMTI2000      DOMESTIC FEDWIRE TRANSFER INITIATION           PAGE 1
 TEMPLATE NO: 000000           ACCOUNT INFO: 301 D 1841278443   11:19:05 01/18/01
 RE-ENTER AMT:  2,000,000.00 ACCOUNT NAME: STEVN R PERLES & THOMAS FORTUNE FAY
---------------------------------------------------------------------------
                          ORIGINATOR INFORMATION
ORIGINATOR ID CODE: D     D=ACCOUNT #      3=DRIVER LICENSE #   9=OTHER ID
                          1=PASSPORT #     4=ALIEN REGISTRATION #
                          2=TAX ID #       5=CORPORATE ID
ORIGINATOR ID #:          1841278443
ORIGINATOR NAME:          STEVN R PERLES & THOMAS FORTUNE FAY
ORIGINATOR ADDRESS:       1615 NEW HAMPSHIRE NW SUITE 200
                          WASHINGTON              DC 20009


             ******PRESS PF8 TO COMPLETE ADDITIONAL PAGES******
   PF8=PAGE DOWN   PF9 = HELP   PF10=INITIATE TRANSFER    PF12=CANCEL
```

PERLES v. KAGY
USDCDC#1:01cv105(AK)
EXHIBIT "A"

Date: 01/18/2001 Time: 11:19:42 AM

```
Page: 1 Document Name: untitled

MTI1 ZMTI2005      DOMESTIC FEDWIRE TRANSFER INITIATION        PAGE 2
  TEMPLATE NO: 000000           ACCOUNT INFO: 301 D 1841278443   11:20:43 01/18/01
      AMOUNT:   2,000,000.00 ACCOUNT NAME: STEVN R PERLES & THOMAS FORTUNE FAY
----------------------------------------------------------------------------
                            BENEFICIARY INFORMATION
       ***BENEFICIARY ID CODE, ID #, NAME AND ADDRESS SHOULD BE PROVIDED***
   BENEFICIARY ID CODE:      D    D=ACCOUNT #     3=DRIVER LICENSE #   9=OTHER ID
                                  1=PASSPORT #    4=ALIEN REGISTRATION #
                                  2=TAX ID #      5=CORPORATE ID
   BENEFICIARY ID #:        17299096
   BENEFICIARY NAME:        PATTON BOGGS, LLP
   BENEFICIARY ADDRESS:     _____
                            _____
                            _____

   BENEFICIARY ADVICE CODE:  ___  (LTR=LETTER,PHN=PHONE,TLX=TELEX,WRE=WIRE)
   BENEFICIARY ADVICE INFO:  _____

   _____       _____
   _____   BENEFICIARY REF: _____
ORIGINATOR TO BENEFICIARY INFO: RE: STEVEN R. PERLES, PC
CONTACT: STEVEN M. SCHNEEBAUM
                                  **PRESS PF8 TO COMPLETE ADDITIONAL PAGES**
PF7=PAGE UP   PF8=PAGE DOWN     PF9=HELP    PF10=INITIATE TRANSFER   PF12=CANCEL


Date: 01/18/2001 Time: 11:21:19 AM
```

```
e: 1 Document Name: untitled

I1 ZMTI2010      DOMESTIC FEDWIRE TRANSFER INITIATION              PAGE 3
EMPLATE NO: 000000           ACCOUNT INFO: 301 D 1841278443   11:21:01 01/18/01
     AMOUNT:   2,000,000.00 ACCOUNT NAME: STEVN R PERLES & THOMAS FORTUNE FAY
------------------------------------------------------------------------------
                  RECEIVING FINANCIAL INSTITUTION INFORMATION

CEIVER FI #(ABA #):      054000030
CEIVER FI NAME:          RIGGS BANK NATIONAL ASSOCIATION
TY/STATE:                WASHINGTON              DC
CEIVER FI INFO:

    _____      _____
    _____      _____
    _____      _____


------------------------------------------------------------------------------

R ADDITIONAL INFORMATION , PLACE AN 'X' NEXT TO ALL ADDITIONAL PAGES NEEDED:
          _ BENEFICIARY FINANCIAL INSTITUTION INFORMATION
          _ INTERMEDIARY FINANCIAL INSTITUTION INFORMATION
          _ ANY OTHER ADDITIONAL INFORMATION
          ******PRESS PF10 TO INITIATE TRANSFER******
7=PAGE UP   PF9=HELP    PF10=INITIATE TRANSFER    PF12=CANCEL




e: 01/18/2001 Time: 11:21:35 AM
```