# THOMAS FORTUNE FAY, PA

**Attorney at Law**
**601 Pennsylvania Avenue, NW**
**#900 – South Building**
**Washington, DC 20004**
**Tel. 202/638-4534**
**Fax 202/589-1721**
**ThomasFay@aol.com**
**May 19, 2005**

Steven R. Perles, Esq.
1146 Nineteenth St.,NW
Suite 500
Washington, DC  20036

Steven M. Schneebaum, Esq.
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006

      Re:    Perles v. Kagy

Gentlemen:

      I understand that an Order has been entered in the above action, nunc pro tunc April 20, 2005, finally resolving all remaining issues in the District Court and entering judgment for Ms. Kagy. Let me note that the lien asserted by Ms. Kagy was upon the proceeds from the Flatow and Eisenfeld cases, not upon the Perles share. On that basis I agreed to deduct $2,000,000.00 from the Fay and Perles joint net proceeds to cover the amount of the asserted lien. Obviously a number of issues remain open including the question of whether the entire amount being held is subject to enforcement upon any judgment entered against Steve Perles, but not against me.

      This case is not of assistance to us in solving our problems in the litigation we have filed against terrorist nations. If at all possible, it should come to an end now. I would suggest that we meet immediately to discuss the means by which this matter might be brought to closing curtain. In the meantime, I do not consent to deposit of the Thomas Fortune Fay share as security upon any appeal bond or as security in the Court of Appeals.

      Very truly yours,

Thomas Fortune Fay

TFF/pc

PERLES v. KAGY
USDCDC#1:01cv105(AK)
EXHIBIT "B"