# THOMAS FORTUNE FAY, PA

Attorney at Law
601 Pennsylvania Avenue, NW
#900 – South Building
Washington, DC 20004
Tel. 202/638-4534
Fax 202/589-1721
ThomasFay@aol.com
May 27, 2005
*By Facsimile*

Steven R. Perles, Esq.
1146 Nineteenth St., NW
Suite 500
Washington, DC 20036

Steven M. Schneebaum, Esq.
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006

      Re:    Perles v. Kagy

Gentlemen:

    After our meeting this morning, I returned to my office and carefully read through my file on Anne Marie Kagy, including my deposition. Nowhere do I find any indication that I at any time agreed to pay one half of Anne Marie's compensation for her employment efforts or one half any judgment arising out of her work for Steve Perles. I do not have a copy of any retainer agreement or escrow agreement with regard to Perles v. Kagy and I have no recollection of having signed any such agreements. Under these circumstances I think it best if copies of any such documents be sent to me immediately. If there are no documents of this description located, please confirm this in writing.

    At the time of deposit of $2,000,000.00 from the joint fee proceeds from the Flatow, Duker and Eisenfeld cases, it was my understanding that it was to be deposited in a Patton Boggs escrow account. I understand that it has been transferred to an escrow account at Greenberg Traurig. I am concerned that approximately $425,000.00 has been transferred from that account representing legal fees and costs. At one point Steve Perles informed me that there was testimony before Judge Jackson to the effect that $2,000,000.00 had been deposited pursuant to David Sher's letter of December 4, 2000 in which he spoke of an "equitable lien." I am very concerned that this may be considered by

                                                                 PERLES v. KAGY
                                                                 USDCDC#1:01cv105(AK)
                                                                  EXHIBIT "C"