# Greenberg Traurig

Steven M. Schneebaum
Tel. 202.530.8544
Fax 202.331.3101
schneebaums@gtlaw.com

June 2, 2005

Mark D. Cummings, Esq.
Sher, Cummings & Ellis
3800 North Fairfax Drive, Suite 7
Arlington, Virginia 22203

Re:  *Perles v. Kagy*, No. 01-0105 (D.D.C.)

Dear Mark:

As you know, the Amended Final Order of Magistrate Judge Kay in the above-captioned action affirms the equitable lien in favor of your client in the amount of $1,339,675.35. You will also recall that, when your side first asserted the lien, Mr. Perles deposited in the trust account of Patton Boggs LLP the sum of two million dollars. The balance of that trust account has since been transferred to Greenberg Traurig LLP.

The balance in the account, which has been used to pay legal fees and related disbursements, but which has accrued interest, continues to be well in excess of the amount subject to the lien, and indeed of the total amount of the judgment ($1,387,001.44, plus interest at the statutory date as from the date of the Amended Final Order).

The existence of the lien on the account will maintain it intact during the pendency of the appeal. In addition, you have my undertaking that the account will be sufficient to cover not only the *Flatow* part of the judgment as to which the lien was upheld, but the entire judgment, including the interest that will accrue on it as the appeal moves forward.

I am writing to ask you to accept this undertaking, together with the lien, as sufficient security for the judgment, in lieu of a supersedeas bond. If you agree, then please so acknowledge in writing and nothing more need be done. If you do not agree, then we intend to move the Court to stay execution of the judgment on the terms set out in this letter, without a bond.

I will appreciate your professional courtesy in letting me know your and your client's position on this as promptly as possible.

Yours sincerely,

*[signature]*
Steven M. Schneebaum

PERLES v. KAGY
USDCDC#1:01cv105(AK)
EXHIBIT "D"

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

www.gtlaw.com

Greenberg Traurig, LLP | Attorneys at Law | 800 Connecticut Avenue, NW | Suite 500 | Washington, D.C. 20006
Tel 202.331.3100 | Fax 202.331.3101

a judge at the end of the Perles v. Kagy case to be a committment to maintain the $2,000,000.00 amount as security to pay any judgment entered for Ms. Kagy. I would request that the remaining balance on the $2,000,000.00 deposit be held without further deduction pending review of what was said in District Court to Judge Jackson on this point.

    I repeat my request for return of one half of the original escrow deposit amount. I did not agree to pay half of Anne Marie Kagy's compensation or half of any judgment entered on her behalf. I request that you immediately inform me should any enforcement upon the judgment entered against Steve Perles be attempted by Ms. Kagy. As I indicated in my letter of May 19, 2005, I do not consent to deposit of the Thomas Fortune Fay share of the escrow deposit as security upon any appeal bond or as security in the Court of Appeals.

                          Very truly yours,

                          Thomas Fortune Fay

TFF/pc