# KARR & ALLISON, P.C.
### ATTORNEYS AND COUNSELORS AT LAW

JOHN W. KARR
Direct Dial (202) 737-3544

THEODORE S. ALLISON†
Direct Dial (202) 452-4045

† ALSO ADMITTED
IN VA, MD, CA, WA

SUITE 300
1920 N STREET, N.W.
WASHINGTON, D.C. 20036
TELEPHONE (202) 331-7600

FACSIMILE (202) 293-3999
INTERNET WWW.KARRALLISON.COM

June 8, 2005

**By messenger**

Citibank, F.S.B.
Farragut West Branch
1775 Pennsylvania Av., NW
Washington, DC 20006

Attention: Branch Manager

Dear Sir or Madam:

   Pursuant to D. C. Code, § 26-803 (2001 ed.), Citibank, F.S.B. is hereby notified of the adverse claim of our client, Thomas Fortune Fay, Esq., to money on deposit in an account titled Greenberg Taurig Trust Account No. 2101970278, to the extent of an amount of One Million Dollars ($1,000,000.), to which he claims ownership. The cause of action prescribed by the statute will be filed within the required "reasonable and brief period." See, *Stevenson v. First Nat'l Bank*, 395 A.2d 21 (D.C. 1978).

   Thank you for your consideration.

Sincerely,

John W. Karr

\r

PERLES v. KAGY
USDCDC#1:01cv105(AK)
EXHIBIT "E"