# KARR & ALLISON, P.C.
ATTORNEYS AND COUNSELORS AT LAW

JOHN W. KARR
Direct Dial (202) 737-3544

THEODORE S. ALLISON†
Direct Dial (202) 452-4846

† ALSO ADMITTED
IN VA, MD, CA, WA

SUITE 300
1920 N STREET, N.W.
WASHINGTON, D.C. 20036
TELEPHONE (202) 331-7600

FACSIMILE (202) 293-3999
INTERNET WWW.KARRALLISON.COM

June 8, 2005

*By messenger, and telefacsimile to 202-331-3101*

Joe R. Reeder, Esq.
Managing Shareholder, Mid-Atlantic Region
Greenberg Traurig, LLP
800 Connecticut Av., NW   Suite 500
Washington, DC 20006

Dear Mr. Reeder:

Enclosed is a copy of a notice of adverse claim to money on deposit in Citibank, F.S.B., in an account titled Greenberg Traurig Trust Account No. 2101970278, delivered this morning to Citibank's Farragut West branch, 1775 Pennsylvania Av., NW, Washington, DC 20006, in behalf of my client, Thomas Fortune Fay, Esq., the owner of One Million Dollars ($1,000,000.), plus accrued interest, of such funds. This notice has been served under authority of D. C. Code, § 26-803 (2001 ed.). The cause of action prescribed by the statute will be filed within the required "reasonable and brief period." See, *Stevenson v. First Nat'l. Bank*, 395 A.2d 21 (D.C. 1978).

Also enclosed are copies of letters dated May 27, 2005, from Mr. Fay to Steven Schneebaum, Esq.; June 2, 2005, from Mr. Schneebaum to Mark D. Cummings, Esq.; and June 7, 2005, from Mr. Fay to Mr. Schneebaum and your client, Steven R. Perles, Esq., which canvass the nature and dimension of the dispute and our concern about an apparent breach of the integrity of this trust fund and its consequent loss to Mr. Fay.

Sincerely,

John W. Karr

enclosures mentioned\r

PERLES v. KAGY
USDCDC#1:01cv105(AK)
EXHIBIT "F"