IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN R. PERLES, P.C., )<br>)<br>Plaintiff and Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>ANNE-MARIE KAGY, ESQ., )<br>)<br>Defendant, Counterclaim-Plaintiff, )<br>and Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN R. PERLES, ESQ., )<br>)<br>Third-Party Defendant. )<br>) | Civil Action No. 1:01CV0105<br>(ESH/AK) |

### RESPONSE OF COUNTERCLAIM-DEFENDANT
### AND THIRD-PARTY DEFENDANT
### TO THE MOTION FOR LEAVE TO INTERVENE

Counterclaim-Defendant Steven R. Perles, P.C., and Third-Party Defendant Steven R. Perles, P.C. (collectively "Perles") have received a document styled "Motion for Leave to Interveme to Oppose Motion Proposing Use of Trust Funds," submitted by counsel on behalf of Thomas Fortune Fay, Esq.

Perles would respectfully point out that, a timely notice of appeal in this case having been filed, this Court is without jurisdiction to consider or to act on the aforesaid Motion. *See, e.g., Nicol v. Gulf Fleet Supply Vessels, Inc.*, 743 F.2d 298, 299 (5th Cir. 1984); *Armstrong v. Board of School Directors*, 616 F.2d 305, 327 (7th Cir. 1980); *Rolle v. New York City Housing Authority*, 294 F. Supp. 574 (S.D.N.Y. 1969).

The proposed Motion is in any event untimely: *see Associated Builders and Contractors, Inc. v. Herman*, 166 F.3d 1248 (D.C. Cir. 1999). This case was filed more than

four years ago, and Mr. Fay himself acknowledges in his Motion that he deposited funds in the account intended to be used to "defend . . . against Ms. Kagy's claim" in 2001. He offers no credible reason for waiting to seek intervention until after judgment and appeal.

Accordingly, the Motion for Leave to Intervene should be denied.

Respectfully submitted,

*Steven M. Schneebaum*/KG

Steven M. Schneebaum
    D.C. Bar No. 956250
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
(202) 331-3100

Dated: July 5, 2005

Case 1:01-cv-00105-AK   Document 127   Filed 07/05/05   Page 3 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July, 2005, I served the foregoing RESPONSE OF COUNTERCLAIM-DEFENDANT AND THIRD-PARTY DEFENDANT TO THE MOTION FOR LEAVE TO INTERVENE through the Court's electronic filing and service system upon Anne-Marie Kagy, through her counsel:

> David E. Sher, Esq.
> Mark D. Cummings, Esq.
> Sher, Cummings & Ellis
> 3800 North Fairfax Drive, Suite 7
> Arlington, Virginia  22203;

and upon the prospective Intervenor, Thomas Fortune Fay, through his counsel:

> John W. Karr, Esq.
> Karr & Allison, P.C.
> 1920 N Street, N.W., Suite 300
> Washington, D.C.  20036;

with copies of both following by first-class mail, postage prepaid.

*/s/ Dawn Wolf/RF*
_____
Dawn R. Wolf