UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN R. PERLES, P.C.,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>ANNE MARIE KAGY,<br><br>    Defendant and Counterclaim-Plaintiff<br><br>v.<br><br>STEVEN R. PERLES, ESQ.,<br><br>    Third-Party Defendant. | Civil Action No. 01-0105<br>(AK) |

## ORDER

Currently before the Court are:

1) Plaintiff, Counterclaim-Defendant Steven R. Perles, P.C. and Third-Party Defendant Steven R. Perles' (collectively "Perles") **MOTION** for a **STAY PENDING APPEAL** without the posting of a *supersedeas* bond [121],

2) Defendant, Counter-Plaintiff Anne-Marie Kagy's (hereinafter "Kagy") **OPPOSITION** to Plaintiff's motion seeking waiver of a *supersedeas* bond, and **MOTION** for Relief from Judgment and Attorney's Fees, [124]/[125][1] and

---

[1] Defendant's Motion for Relief from Judgment was filed twice, once as a memorandum and once as a motion, and was assigned docket numbers [124] and [125] respectively. As far as the Court can determine, the documents are identical.

3) Thomas Fortune Fay's (hereinafter "Fay") **MOTION** to **INTERVENE** to oppose Perles' motion to use the trust funds as security for the judgments [122].

Having considered the arguments therein, and for the reasons set forth in the memorandum opinion filed contemporaneously herewith, it is this 29th day of August, 2005

**ORDERED** that Plaintiff, Counterclaim Defendant and Third-Party Defendant Perles' Motion to waive posting of a *supersedeas* bond is denied, and it is

**FURTHER ORDERED** that Movant Fay's motion to intervene is denied, and it is

**FURTHER ORDERED** that Defendant and Counterclaim-Plaintiff Kagy's Motion for attorney's fees is denied without prejudice, and it is

**FURTHER ORDERED** that Defendant and Counterclaim-Plaintiff Kagy's Rule 60(b) Motion for relief from judgment is denied, and it is

**FURTHER ORDERED** that Plaintiff **either**

1) post a *supersedeas* bond as security in the amount of the judgment and interest on appeal, or

2) Plaintiff may deposit into the registry of the court the amount of the two judgments: $1,339,675.35 (judgment in the *Flatow* case) and $47,326.09 (judgment in the *Eisenfeld* and *Duker* case), plus interest.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE