A0450 (Rev. - DC 04/00) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

FILED
DEC 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN R. PERLES, P.C.,
    Plaintiff and Counterclaim-Defendant

V.

ANNE MARIE KAGY,
    Defendant and Counterclaim-Plaintiff

JUDGMENT IN A CIVIL CASE

Case Number:   Civil Action: 01-105 (AK)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that STEVEN R. PERLES pay ANNE-MARIE KAGY the total sum of Two Hundred Ninety-One Thousand, Eight Hundred Seventeen Dollars and Fifty-Five Cents ($291,817.55).

Dated: *December 3, 2007*

NANCY MAYER-WHITTINGTON, Clerk

By: _____
         Deputy Clerk