## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**STEVEN R. PERLES, P.C.,**                    )
                                               )
   **Plaintiff and Counterclaim-Defendant,**    )
                                               )
       **v.**                              )   **Civil Action No. 1:01CV0105**
                                               )   **(ESH) (AK)**
                                               )
**ANNE-MARIE KAGY, ESQ.,**                     )
                                               )
   **Defendant, Counterclaim-Plaintiff,**       )
     **and Third-Party Plaintiff,**         )
                                               )
       **v.**                              )
                                               )
**STEVEN R. PERLES, ESQ.,**                    )
                                               )
   **Third-Party Defendant.**                   )
_____)

### BILL OF COSTS OF
### PLAINTIFF AND COUNTERCLAIM-DEFENDANT STEVEN R. PERLES, P.C.,
### AND THIRD-PARTY DEFENDANT STEVEN R. PERLES, ESQ.

Pursuant to Rules 54(d) and 68, Federal Rules of Civil Procedure, and Local Rule 54.1 of the Rules of this Court, Plaintiff and Counterclaim-Plaintiff Steven R. Perles, P.C., and Third-Party Defendant Steven R. Perles, Esq. (hereinafter collectively "Perles"), hereby respectfully submit their bill of costs.

Perles made an offer of judgment in this case, in the amount of $350,000, on September 10, 2001, in conformity with the requirements of Rule 68.  A copy of the offer of judgment is attached hereto.  Ms. Kagy did not accept the offer.  More than six years later, the Court entered judgment, on November 14, 2007, in the amount of $291,817.55.  That judgment is, of course, less favorable to Ms. Kagy than the offer made in 2001.

By operation of Rule 68, the Court now must award Perles its costs incurred as from the

date of the offer.  An itemization of those costs follows.

| | |
|---|---:|
| Costs of deposition transcripts (9 total) | $2,183.72 |
| Cost of service of process of subpoenas | $70.00 |
| Costs of transcripts from trials held Jan. 03 and Dec. 03 | $8,590.24 |
| Cost of hearing transcript from closing argument held Dec. 04 | $145.52 |
| Costs of copying exhibits at trials in Jan. 03, Dec. 03 and Sept. 07 | $1,748.92 |
| Miscellaneous copying costs | $300.00 |
| Witness fees (L. Eisenfeld, M.D.) | $225.00 |
| Travel and subsistence for witness (L. Eisenfeld, M.D.) | $688.00 |
| Total: | $13,951.40 |

Respectfully submitted,


/s/ Steven M. Schneebaum
Steven M. Schneebaum
        D.C. Bar No. 956250
Michael A. Chase
        D.C. Bar No. 499893
Greenberg Traurig LLP
2101 L Street, N.W.
Suite 1000
Washington, D.C.  20037
        (202) 530-8544


Dated:  December 18, 2007

*WDC 371,548,826v1 12/10/2007*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December 2007, I served the

foregoing **BILL OF COSTS OF PLAINTIFF AND COUNTERCLAIM-DEFENDANT**

**STEVEN R. PERLES, P.C., AND THIRD-PARTY DEFENDANT STEVEN R. PERLES,**

**ESQ.,** through the Court's electronic filing and service system upon Anne-Marie Kagy,

through her counsel:

> David E. Sher, Esq.
> Mark D. Cummings, Esq.
> Sher, Cummings & Ellis
> 3800 North Fairfax Drive, Suite 7
> Arlington, Virginia  22203.

/s/ Dawn R. Wolf
Dawn R. Wolf
