IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN R. PERLES, P.C.,<br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>ANNE-MARIE KAGY, ESQ.,<br>    Defendant, Counterclaim-Plaintiff,<br>       and Third-Party Plaintiff,<br><br>    v.<br><br>STEVEN R. PERLES, ESQ.,<br>    Third-Party Defendant. | Civil Action No. 1:01CV0105<br>(ESH) (AK) |

## SATISFACTION OF JUDGMENT

Defendant, Counterclaim-Plaintiff, and Third-Party Plaintiff Anne-Marie Kagy, Esq., hereby acknowledges receipt of payment from Plaintiff and Counterclaim-Defendant Steven R. Perles, P.C., and Third-Party Defendant Steven R. Perles, in full satisfaction of the judgment entered in her favor by this Court on December 3, 2007. Said payment constitutes a full and complete resolution of all claims and counterclaims in this Action, including any costs taxed on the basis of the Bill of Costs filed by Counterclaim-Defendant on December 19, 2007.

Respectfully submitted, this 21st day of December, 2007,

For Ms. Kagy:

_____
David E. Sher
Mark D. Cummings
Kevin Shehan
SHER, CUMMINGS & ELLIS
3800 North Fairfax Drive, Suite 7
Arlington, Virginia 22203

For Mr. Perles and Perles, P.C.:

_____
Steven M. Schneebaum
Michael A. Chase
GREENBERG TRAURIG LLP
2101 L Street, N.W.
Washington, D.C. 30037